JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN EDWARD KAYE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RICHARD J. OBERHOLZER (JUDGE), *et al.*,<br><br>　　　Defendants. | Case No. 8:19-cv-00119-JLS (AFM)<br><br>**ORDER OF DISMISSAL** |

On January 22, 2019, Plaintiff filed a Civil Rights Complaint and Request to Proceed In Forma Pauperis ("IFP Request"). On January 25, 2019, the Court denied plaintiff's IFP Request. Additionally, the Court screened the Complaint and found a number of deficiencies and dismissed the Complaint with leave to amend. Plaintiff was advised that if he desired to pursue this action, he was ordered to file a First Amended Complaint within 30 days of the Order. More than 30 days have passed and a review of the docket indicates that plaintiff has not filed a First Amended Complaint.

///
///
///

Accordingly, this case is hereby ordered DISMISSED. No further filings shall be accepted under this case number.

IT IS SO ORDERED.

DATED: March 25, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE